NUMBER 13-06-616-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


__________________________________________________________________

 

IN RE EDUARDO "WALO" GRACIA BAZAN


__________________________________________________________________


On Petition for Writ of Mandamus and 


Motion for Immediate Temporary Relief
__________________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Rodriguez and Garza


Per Curiam Memorandum Opinion (1)



 Relator, Eduardo "Walo" Gracia Bazan, filed a petition for writ of mandamus in
the above cause on October 31, 2006. The Court, having examined and fully
considered the petition for writ of mandamus and its appendix, is of the opinion that
relator has not shown himself entitled to the relief sought. Accordingly, relator's
petition for writ of mandamus is denied. See Tex. R. App. P. 52.8(a).

 Furthermore, relator's motion for immediate temporary relief filed on October
31, 2006, is also denied.

 PER CURIAM


Memorandum Opinion delivered and 

filed this 1st day of November, 2006.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).